IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
AUG 15 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. __1:06CR197-MEF__ |
| | ) | [18 USC 922(g)(1)] |
| RODERICK CHARLES MELVIN | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 24th day of July 2005, in Dale County, Alabama, within the Middle District of Alabama,

RODERICK CHARLES MELVIN,

defendant herein, having been convicted on or about the dates set forth below of the offenses set forth below, each a felony punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama and the State of Georgia:

| CONVICTION DATE | COURT | CASE NUMBER | OFFENSE |
|---|---|---|---|
| May 22, 1995 | Circuit Court of Dale County, Alabama | CC-94-335 | Burglary Third Degree, (7 Counts) |
| December 5, 1995 | Circuit Court of Dale County, Alabama | CC-94-1039 | Burglary Third Degree |
| July 22, 1991 | Circuit Court of Houston County, Alabama | CC-90-84.01 | Escape Second Degree |
| June 26, 1985 | Circuit Court of Houston County, Alabama | CC-85-91 | Burglary Third Degree |
| June 26, 1985 | Circuit Court of Houston County, Alabama | CC-85-90 | Burglary Third Degree |

| CONVICTION DATE | COURT | CASE NUMBER | OFFENSE |
|---|---|---|---|
| June 26, 1985 | Circuit Court of Houston County, Alabama | CC-85-89 | Burglary Third Degree |
| June 26, 1985 | Circuit Court of Houston County, Alabama | CC-85-88 | Burglary Third Degree |
| February 12, 1988 | In the Superior Court Lowndes County, Georgia | 87CRN231/224 | Burglary (Counts 1 & 3) |
| April 10, 1989 | In the Superior Court Brooks County, Georgia | 88CR117 | Burglary (Count 2) |

did knowingly possess, in and affecting commerce, a Clerke, .22 LR revolver, serial number 182584. All in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION

A.   Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant,

RODERICK CHARLES MELVIN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

**One Clerke, .22 LR revolver, serial number 182584.**

C.   If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)   cannot be located upon the exercise of due diligence;

2

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
JOHN T. HARMON
Assistant United States Attorney

*[signature]*
TOMMIE BROWN HARDWICK
Assistant United States Attorney