IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
          v.                      )     CR. NO.   1:06cr197-MEF
                                  )
RODERICK CHARLES MELVIN           )

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed August 24, 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Easterling Correctional Facility, Clio, Alabama, commanding them to deliver Roderick Charles Melvin, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on September 27, 2006, at 10:00 a.m., and to return the prisoner to said official when the court shall have finished with him.

Done this 25th day of August, 2006.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE