IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.                                                    )<br>)<br>RODERICK CHARLES MELVIN      ) | CR. NO. 1:06CR197-MEF |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE SHERIFF AND/OR KEEPER OF   EASTERLING CORRECTIONAL FACILITY
CLIO , ALABAMA

and

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETINGS:

We command you, that you have the body of ___**RODERICK CHARLES MELVIN**___, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the courtroom of said court, in the city of MONTGOMERY on **September 27, 2006, at 10:00 A.M.**, to answer charges pending in said court and for such other proceedings as may appear proper to the court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE, this the 25th day of August, 2006.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

BY: *[signature]*
Deputy Clerk