# COURTROOM DEPUTY MINUTES
# MIDDLE DISTRICT OF ALABAMA

DATE: **SEPTEMBER 22, 2006**

DIGITAL RECORDING: **2:59 - 3:04**

- ✓ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- ✓ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **CHARLES S. COODY**   DEPUTY CLERK: **WANDA STINSON**

CASE NO. **1:06CR197-MEF-CSC**   DEFT. NAME: **RODERICK CHARLES MELVIN**

USA: **VERNE SPEIRS**   ATTY: **PATRICIA KEMP**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO;

USPTSO/USPO: _____

Defendant ____ does ✓ does NOT need an interpreter; NAME:

- ✓ Kars.
- ✓ kia.
- ✓ Finaff.
- ✓ koappted
- ☐ 20appt.
- ☐
- ☐
- ☐
- ☐
- ☐ kotempdtn.
- ☐ kodtn.
- ☐ kocondrls.
- ☐ kbnd.
- ✓ Loc.(LC)
- ☐ ko.
- ☐ krmvhrg.
- ☐ kwvprl.
- ☐
- ✓ Karr.
- ☐ Krmknn.
- ☐ Kwvspt

Date of Arrest **9/22/06** or ☐ Rule 5 Arrest

Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator

Financial Affidavit executed ☐ to be obtained by PTS; ☐ ORAL Motion for Appt. Of Counsel.

**ORAL ORDER** appointing Federal Defender - **Notice to be filed.**

Panel Attorney Appointed; ☐ to be appointed - prepare voucher

Deft. Advises he will retain counsel. Has retained _____

Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;

Government's **WRITTEN** Motion for Detention Hrg. filed.

**DETENTION HRG** ☐ held; ☐ Set for_____; ☐ **Prelim. Hrg** ☐ Set for_____

**ORDER OF TEMPORARY DETENTION PENDING HEARING** entered

**ORDER OF DETENTION PENDING TRIAL** entered

Release order entered. ☐ Deft. advised of conditions of release.

☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)

☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered

Bond **NOT** executed. Deft to remain in Marshal's custody

Deft. **ORDERED REMOVED** to originating district

Identity/Removal Hearing ☐ set for _____; ☐ **WAIVER** of Rule 5 & 5.1 Hearings

Waiver of Preliminary hearing;

Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.

ARRAIGNMENT SET FOR:_____ ✓ **HELD**. Plea of **NOT GUILTY** entered.

✓ Trial Term **11/27/06**_____; ☐ PRETRIAL CONFERENCE DATE: _____

✓ DISCOVERY DISCLOSURES DATE: **9/25/06**

**NOTICE** to retained Criminal Defense Attorney handed to Counsel

**Waiver of Speedy Trial Act Rights Executed.**