| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: OCTOBER 13, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 1:09 p. m. to 1:11 p.m. |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: CHARLES S. COODY**     **DEPUTY CLERK: WANDA STINSON**

**CASE NUMBER: 1:06CR197-MEF-CSC**     **DEFENDANT NAME: RODERICK C. MELVIN**

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. TOMMIE HARDWICK | ATTY. KEVIN BUTLER |

√     **DISCOVERY STATUS:** Complete.

_____
_____

√     **PENDING MOTION STATUS:** Deft's Motion to Suppress.

_____

☐     **PLEA STATUS:**

_____
_____

√     **TRIAL STATUS:** Will take 1 day to try case if goes to trial.
_____

√     **REMARKS:** Will set Suppression hrg. near the end of the month.
_____