## MINUTES
### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG JUDGE | AT | Montgomery, Alabama |
| DATE COMMENCED: 10/25/06 | AT | 9:02 a.m. to 11:05 a.m. |
| DATE COMPLETED: 10/25/06 | TO | Digital Recorded |

UNITED STATES OF AMERICA         *
                                 *
V.                               *   CASE NO.: 1:06CR197-MEF-CSC
                                 *
RODERICK CHARLES MELVIN          *
                                 *

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Tommie Hardwick | * Atty. Kevin Butler | |

### COURT OFFICIALS PRESENT:

**Court Room Deputy:** Wanda Stinson        **LAW CLERK:** Corrie Long

Court Reporter: James Dickens

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS: **EVIDENTIARY HEARING RE: MOTION TO SUPPRESS**

# SEE MINUTES ATTACHED

| **LOG OF PROCEEDINGS ELECTRONICALLY RECORDED** |||
|---|---|---|
| Description | Evidentiary hearing on Motion to Suppress - 06cr197-MEF ||
| Date | 10/25/2006 | Location | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 12:13:00 AM | | |
| 9:03:00 AM | Bulter | Request to invoke the rule but request that the case agent and the investigator remain in the courtroom and that all other witness be excused; |
| 9:03:02 AM | Court | Ok. |
| 9:04:28 AM | Court | Informs that parties that normal have a court reporter for this proceeding, but it is not required; Parties informed to speak up and into the microphones and to proceed with the hearing; |
| 9:04:31 AM | Atty. Hardwick | Calls Deputy Timothy Paul Crooks, Witness is sworn and seated; Discussion of the incident that happened on July 24, 2005; |
| 9:05:48 AM | Atty. Butler | Addresses the court ask that the gov. expand on the witness background and credentials; |
| 9:05:57 AM | Atty. Hardwick | Cont'd testimony; Discussion and review of Govt.'s Exhs. |
| 9:11:11 AM | Atty. Butler | Those can admitted with no objection; |
| 9:11:14 AM | Atty. Hardwick | We offer Govt. Exh. #1, 2, 3, 4, 5, 6, and 7; |
| 9:11:37 AM | Court | Exhibits 1 thru 7 are admitted without objections; |
| 9:11:39 AM | Atty. Hardwick | Testimony resumes; Discussion and review of exhibits; Discussion as to the stop of the vehicle; |
| 9:20:41 AM | Court | Court reporter arrives; |
| 9:20:41 AM | Atty. Hardwick | Testimony resumes; |
| 9:22:13 AM | Atty. Butler | Objection as to line of questioning; Not contesting what was found after the stop; We are contesting everything up to the stop, whether there was cause for the stop; |
| 9:22:26 AM | Court | Response; Could the officer stop the car on the bases of reasonable suspicion; |
| 9:23:05 AM | Atty. Bulter | Response - yes; |
| 9:23:19 AM | Court | Response as to criminal intent; |
| 9:23:33 AM | Atty. Butler | Terry is applicable in this case; |
| 9:23:37 AM | Court | Discussions as to contention s as to the search of the vehicle, seizure of the weapon; Your contesting whether the officers had legal authority to stop the vehicle; |
| 9:23:53 AM | Attu. Butler | Yes sir. Response; |
| 9:24:06 AM | Court | Question and discussion as to Rakas vs. Illinois; |
| 9:24:27 AM | Atty. Butler | Response; |
| 9:24:59 AM | Court | Response as to the issue of the stop; |
| 9:25:04 AM | Atty. Butler | Response as to the position of the passenger in the vehicle; |
| 9:25:31 AM | Court | Response that the evidence material in this case is what happened leading up to the stop; |
| 9:25:53 AM | Atty. Hardwick | Response as to legal discussion; |
| 9:26:24 AM | Atty Hardwick | Testimony resumes; Discussion and review of Govt. Exh. #4 and 5; |

| Time | Party | Description |
|---|---|---|
| 9:28:45 AM | Atty. Butler | Cross - examination; Discussion of prior robberies that had taken place; Discussion of the "suspicious person" called received; |
| 9:45:44 AM | Atty. Hardwick | Re- direct; Discussion of the clothing description; |
| 9:47:30 AM | Atty. Butler | Re-cross; |
| 9:55:20 AM | Atty. Hardwick | Re- direct; |
| 9:55:40 AM | Court | Witness is excused; |
| 9:55:42 AM | AttyHardwick | Calls Rebecca Hutto; |
| 9:56:04 AM | Atty. Butler | Addresses the Govt's Counsel before witness enters courtroom; |
| 9:56:51 AM | Atty. Hardwick | Witness is sworn and seated; testimony begins; Discussion of incident that occurred on July 24, 2005;Move to admit Gov. Exh. 8 & 9; |
| 9:58:55 AM | Court | No objections, they are admitted; |
| 9:58:57 AM | Atty. Hardwick | Cont'd testimony; Discussions and review of Govt. Exh. 8 and 9; |
| 10:06:54 AM | Atty. Butler | Cross - examination; Discussion and review of Govt's Exh. 8; |
| 10:13:31 AM | Court | Witness is excused; |
| 10:13:39 AM | Atty. Hardwick | Calls Mr. John Herring; witness is sworn and seated; Discussions of deft seen at the Grimes Petro; Discussion and reveiw of Gvt's Exh. 1; |
| 10:20:12 AM | Atty. Butler | Cross - examination; |
| 10:29:43 AM | Court | Question to witness as to whether deft entered the small church; |
| 10:29:59 AM | Atty. Hardwick | No further questions for this witness; |
| 10:30:14 AM | Court | Witness is excused; |
| 10:30:19 AM | Atty. Hardwick | Calls Timothy Fitzpatrick, Agent ; witness is sworn and seated; Discussion and review of Govt. Exh. 10; |
| 10:31:51 AM | Court | It's admitted; |
| 10:31:59 AM | Atty. Hardwick | Cont'd testimony; |
| 10:33:38 AM | Atty. Butler | Cross - examination; |
| 10:35:39 AM | Court | Witness is excused; |
| 10:36:15 AM | Atty. Hardwick | Govt. rest; |
| 10:36:44 AM | Atty. Butler | Admit Deft. 1 & 2 |
| 10:36:52 AM | Court | They are admitted; |
| 10:37:59 AM | Atty. Butler | Calls Re-calls Mr. John Herring; Deft is remained that is still under oath; testimony begins; |
| 10:40:11 AM | Court | Witness is excused; |
| 10:40:18 AM | Atty. Butler | Addresses the court; Calls Johnny Johnson, investigator with Federal Defenders office; witness is sworn and seated; |
| 10:45:47 AM | Atty. Hardwick | Request that response be stricken; |
| 10:45:59 AM | Court | Response; |
| 10:46:21 AM | Atty. Butler | Response as to relevance; |
| 10:46:40 AM | Court | Addresses argument; |
| 10:47:19 AM | Atty. Butler | Response as to terry stops; |
| 10:47:28 AM | Court | Witness is excused; |
| 10:47:45 AM | Atty. Butler | Response; Move to exclude Officer Crooks testimony; |
| 10:48:01 AM | Court | Response; The 2000 Census data for Grimes shows a population of 459 people; Discussion of incident; |

| | | |
|---|---|---|
| 10:49:08 AM | Atty. Butler | Response as to suspicious conduct; |
| 10:49:18 AM | Court | Response; |
| 10:49:29 AM | Atty Butler | States position; |
| 10:49:53 AM | Court | Was he on private property; |
| 10:49:53 AM | Atty. Butler | No evidence or testimony has been presented as to that; |
| 10:49:56 AM | Court | A church is not private property? |
| 10:50:02 AM | Atty. Butler | Do not know if he was in the publict or private part of that church; Nothing was taken; |
| 10:50:16 AM | Court | He went on Ms. Hutto property? went around to the back? he opened her door? Purusant to Alabama law that may constitute a trespass; |
| 10:50:27 AM | Atty. Butler | Response; |
| 10:50:44 AM | Court | Is that sufficient to justify a Terry stop? |
| 10:50:45 AM | Atty. Butler | Response; |
| 10:52:15 AM | Court | Discussion as to a Terry stop of a person; |
| 10:53:16 AM | Atty. Butler | Response; Discussion as to the informartion the police had; |
| 10:54:57 AM | Court | Response to argument as to the nature of Terry; |
| 10:55:44 AM | Atty. Butler | Response to hypothetical |
| 10:55:55 AM | Court | Response as to the purpose of Terry; |
| 10:56:16 AM | Atty. Bulter | Response; |
| 10:56:48 AM | Court | Response; |
| 10:57:08 AM | Atty. Butler | Response; |
| 10:57:33 AM | Court | Response as to Terry not exist; |
| 10:57:45 AM | Atty. Butler | Response; |
| 10:58:28 AM | Court | Response; |
| 10:58:33 AM | Atty. Butler | Response; |
| 10:58:56 AM | Court | We agree that this is about the stop; |
| 10:59:20 AM | Atty. Hardwick | Govt's position; |
| 11:02:16 AM | Atty. Butler | Response to govt's position; |
| 11:03:34 AM | Court | Discussion as to racial overtone to this; |
| 11:03:46 AM | Atty. Butler | Response; |
| 11:04:09 AM | Court | Response; |
| 11:04:16 AM | Atty. Butler | Response; |
| 11:04:29 AM | Court | Somebody banged on the doors; |
| 11:04:38 AM | Atty. Butler | Response; |
| 11:05:36 AM | Court | Response; |
| 11:05:50 AM | Court | Will take the matter under advisement; Court is recessed. |

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__MIDDLE__   DISTRICT OF   __ALABAMA__

UNITED STATES OF AMERICA  
V.  
RODERICK CHARLES MELVIN

**GOVERNMENT'S EXHIBIT LIST**

Case Number: 1:06CR197-MEF-CSC

| PRESIDING JUDGE | GOVERNMENT'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| CHARLES S. COODY | TOMMIE HARDWICK | KEVIN BUTLER |
| **TRIAL DATE(S)** | COURT REPORTER | COURTROOM DEPUTY |
| SUPPRESSION HEARING - OCTOBER 25, 2006 | JAMES DICKENS | WANDA STINSON |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | EXHIBIT NO. | WITNESS | OBJ | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| YES | 10/25/06 | 10/25/06 | 1 | TIMOTHY CROOKS | NO | PHOTOGRAPH OF PETRO STORE |
| YES | 10/25/06 | 10/25/06 | 2 | TIMOTHY CROOKS | NO | PHOTOGRAPH |
| YES | 10/25/06 | 10/25/06 | 3 | TIMOTHY CROOKS | NO | PHOTOGRAPH |
| YES | 10/25/06 | 10/25/06 | 4 | TIMOTHY CROOKS | NO | PHOTOGRAPH |
| YES | 10/25/06 | 10/25/06 | 5 | TIMOTHY CROOKS | NO | PHOTOGRAPH |
| YES | 10/25/06 | 10/25/06 | 6 | TIMOTHY CROOKS | NO | PHOTOGRAPH |
| YES | 10/25/06 | 10/25/06 | 7 | TIMOTHY CROOKS | NO | PHOTOGRAPH |
| YES | 10/25/06 | 10/25/06 | 8 | REBECCA HUTTO | NO | PHOTOGRAPH |
| YES | 10/25/06 | 10/25/06 | 9 | REBECCA HUTTO | NO | PHOTOGRAPH |
| YES | 10/25/06 | 10/25/06 | 10 | TIMOTHY FITZPATRICK | NO | MAPQUEST PRINTOUT |

**EXHIBITS ARE PLACED IN A SEPARATE ENVELO**  
**WITH COURT FILE**

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

| UNITED STATES OF AMERICA | **DEFENDANT'S EXHIBIT LIST** |
|---|---|
| V. | |
| RODERICK CHARLES MELVIN | Case Number:  1:06CR197-MEF-CSC |

| PRESIDING JUDGE | GOVERNMENT AORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| CHARLES S. COODY | TOMMIE HARDWICK | KEVIN BUTLER |
| **TRIAL DATE (S)** | COURT REPORTER | COURTROOM DEPUTY |
| SUPPRESSION HEARING - October 25, 2006 | JAMES DICKENS | WANDA STINSON |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | EXHIBIT NO. | WITNESS | OBJ | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| YES | 10/25/06 | 10/25/06 | 1 | Timothy Fitzpatrick | 1 | Photograph of Defendant Roderick Melvin |
| YES | 10/25/06 | 10/25/06 | 2 | Timothy Fitzpatrick | 2 | Front face Photograph of Defendant Melvin |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | **EXHIBITS ARE PLACED IN A SEPARATE** |
| | | | | | | **ENVELOPE WITH COURT FILE** |

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff | * |
| | * CR NO.: 1:06CR197-MEF-CSC |
| RODERICK CHARLES MELVIN | * |
| Defendant | * |

**WITNESS LIST**:

| **GOVERNMENT** | | **DEFENDANT** | |
|---|---|---|---|
| 1. | Deputy Timothy Paul Crooks | 5. | John Herring |
| 2. | Ms. Rebecca Hutto | 6. | Johnny Johnson |
| 3. | Mr. John Herring | | |
| 4. | Mr. Timothy Fitzpatrick | | |