IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CR. No.: 1:06cr197-MEF** |
| ) | |
| **RODERICK CHARLES MELVIN** ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD
AND FOR APPOINTMENT OF CJA PANEL ATTORNEY**

**COMES NOW** the undersigned counsel, Kevin L. Butler, and files this Motion to Withdraw as Counsel of Record on behalf of Defendant, Roderick Melvin. In support of this Motion, counsel states the following:

1. On September 22, 2006, the Federal Defender Office was appointed to represent Roderick Melvin with respect to the criminal charges he faces in the above-styled case. The case was then assigned to undersigned counsel.

2. On today's date, undersigned counsel discovered that a conflict exists between Mr. Melvin and another client of the Federal Defenders Office, which requires counsel to withdraw from further representation of Mr. Melvin. Undersigned counsel will provide additional information under seal if the Court so requests.

WHEREFORE, undersigned counsel prays that the office of the Federal Defender be permitted to withdraw from the representation of Mr. Melvin and a CJA panel attorney be appointed.

Dated this 20th day of November 2006.

                                            Respectfully submitted,

                                            s/ Kevin L. Butler
                                            KEVIN L. BUTLER
                                            First Assistant Federal Defender
                                            201 Monroe Street, Suite 407
                                            Montgomery, Alabama 36104
                                            Phone: (334) 834-2099
                                            Fax: (334) 834-0353
                                            E-mail: kevin_butler@fd.org
                                            AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CR. No.: 1:06cr197-MEF** |
| ) | |
| **RODERICK CHARLES MELVIN** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138