IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v | ) | CR. NO. 1:06CR197-MEF |
| | ) | |
| **RODERICK CHARLES MELVIN** | ) | |

**ORDER**

Upon consideration of the Motion to Withdraw as Counsel and Motion to Appointment to Appoint CJA Panel Attorney (doc. #21) filed by the defendant, it is

**ORDERED** that the motion to withdraw be and hereby **GRANTED**. It is further **ORDERED** that Malcolm Newman be and is hereby appointed to represent the defendant for all further proceedings. Appointed counsel shall file a notice of appearance with this court.

Done this 21st day of November, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE