# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * * * | |
| V. | * * | CR. NO. 1:06CR197-MEF |
| RODERICK CHARLES MELVIN | * * | |

## NOTICE OF APPEARANCE

Comes now Attorney Malcolm R. Newman and enters his appearance on behalf of Defendant, Roderick Charles Melvin.

        Malcolm R. Newman, Attorney, PC
        /s/ Malcolm R. Newman
        Malcolm R. Newman (NEW017)
        P.O. Box 6137
        Dothan, Alabama 36302
        (334)792-2132
        ASB-2826-M39M

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2006, I have electronically filed a copy of the forgoing with the Clerk of the Court using the CM/ECF system which will send notice of such filing to:

Tommie Brown Hardwick
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama 36101

        /s/ Malcolm R. Newman
        Malcolm R. Newman