IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | Case No.  2:06CR197-MEF |
| ) | |
| RODERICK CHARLES MELVIN ) | |

**ORDER**

Now pending before the court is the United States' motion for an extension of time to file objections to the Recommendation of the Magistrate Judge (doc. # 19).  Upon consideration of the motion, and for good cause, it is

ORDERED that the motion for an extension of time (doc. # 19) be and is hereby GRANTED and the United States' time for filing objections to the Recommendation be and is hereby EXTENDED from November 21, 2006 to December 5, 2006.

Done this 27th day of November, 2006.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE