IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr197-MEF |
| | ) | |
| RODERICK CHARLES MELVIN | ) | |

## ORDER

For good cause, it is

**ORDERED** that a final pretrial conference be and is hereby set for **February 20, 2007 at 1:00 p.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

That all applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, except the deadlines for dispositive motions which is not extended.

Done this 27th day of November, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE