## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| | * | |
| **VS.** | * | **CR NO.: 1:06-CR-197-CSC** |
| | * | |
| **RODERICK CHARLES MELVIN** | * | |
| | * | |
| | * | |
| | * | |

## MOTION FOR TRANSCRIPT

Comes now the Defendant, Roderick Melvin pursuant to 18 USC 3006A, and moves for an Order that he be furnished a Transcript of the testimony from his Suppression Hearing on October 25, 2006, without cost to him. Defendant would represent that this transcript would greatly assist him in preparing for a response to the Government's Objection to the Magistrate Judge's Recommendation.


Malcolm R. Newman, Attorney, PC
/s/ Malcolm R. Newman
Malcolm R. Newman (NEW017)
P.O. Box 6137
Dothan, Alabama 36302
(334)792-2132
ASB-2826-M39M

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 07, 2006, I electronically filed the forgoing with the Clerk of the Court using the SM/ECF System which will send notification of such filing to Tommie Brown Hardwick, Assistant U.S. Attorney.

       /s/ Malcolm R. Newman
       Malcolm R. Newman