IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06CR197-MEF |
| | ) | |
| RODERICK CHARLES MELVIN | ) | |

**ORDER**

Upon consideration of the motion for transcript (doc. # 33) filed by the defendant, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 11th day of December, 2006.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE