IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cr-197-MEF |
| | ) | |
| RODERICK CHARLES MELVIN | ) | |

## **O R D E R**

Upon consideration of the Motion for Leave to Dismiss the Indictment as to Roderick Charles Melvin (Doc. #40) filed on February 7, 2007, it is hereby

ORDERED that the motion is GRANTED and this case is DISMISSED.

DONE this the 9th day of February, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE